IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

T.P., by and through his )
parents T.P. and B.P.; T.P.; )
and B.P.; )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV413-107
 )
BRYAN COUNTY SCHOOL DISTRICT, )
 )
    Defendant. )

## O R D E R

The mandate having been issued on September 24, 2015 (Doc. 18), this case is **DISMISSED** for lack of subject jurisdiction in accordance with the July 7, 2015 opinion of the Eleventh Circuit Court of Appeals (Doc. 17). The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of October 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA